**FEUERHELM v. STATE.**

No. 25786.

Court of Criminal Appeals of Texas.

May 28, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is burglary; the punishment, five years.

The record is before us without a statement of facts or bills of exception.

All the proceedings appear regular; and nothing being presented for our review, the judgment of the trial court is affirmed.